KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
LAWRENCE Y. ISER (SBN 094611)
  liser@khiks.com
KRISTEN L. SPANIER (SBN 181074)
  kspanier@khiks.com
KATHERINE T. KLEINDIENST (SBN 274423)
  kkleindienst@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendant SeaWorld Parks
& Entertainment Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>JOHN GAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEAWORLD PARKS & ENTERTAINMENT INC., a Delaware corporation; DOES 1 to 10 inclusive,<br><br>Defendants.</td><td>Case No. 26-cv-1700-BAS-DEB<br><br>Hon. Cynthia A. Bashant<br><br>**ANSWER OF DEFENDANT SEAWORLD PARKS & ENTERTAINMENT, INC. TO COMPLAINT OF PLAINTIFF JOHN GAY**<br><br>Trial Date:        None Set</td></tr>
</table>

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

10752-00039/940550.1

1

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

Defendant SeaWorld Parks & Entertainment, Inc. ("Defendant") hereby answers the Class Action Complaint ("Complaint") of Plaintiff Johnny Gay ("Plaintiff") as follows:

## NATURE OF ACTION

1. Answering paragraph 1, Defendant admits that Plaintiff purports to bring a class action against Defendant in which Plaintiff seeks damages, injunctive relief, and other available legal or equitable remedies based on conduct by Defendant. Except as so admitted, Defendant denies the remaining allegations of paragraph 1.

2. Answering paragraph 2, Defendant denies the allegations of paragraph 2.

3. Answering paragraph 3, Defendant denies the allegations of paragraph 3.

4. Answering paragraph 4, Defendant denies that SeaWorld is in violation of the Washington Consumer Electronic Mail Act ("CEMA"). Paragraph 4 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

5. Answering paragraph 5, Defendant admits that Plaintiff purports to bring a class action on behalf of himself and other persons residing in Washington and that Plaintiff's requested relief includes injunctive relief, damages, and an award of attorney's fees and costs. Except as so admitted, Defendant denies the remaining allegations of Paragraph 5.

## JURISDICTION AND VENUE

6. Answering paragraph 6, Defendant lacks sufficient information and belief upon which to admit or deny the allegations, and on that basis the allegations are denied.

7. Answering paragraph 7, for the purposes of this action, Defendant does not contest this Court's exercise of specific jurisdiction over it. Except as so

10752-00039/940550.1

2

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

admitted, Defendant denies the remaining allegations of Paragraph 7.

8. Answering paragraph 8, for the purposes of this action, Defendant does not contest that venue is proper in this federal judicial district. Except as so admitted, Defendant denies the remaining allegations of Paragraph 8.

## PARTIES

9. Answering paragraph 9, Defendant lacks sufficient information and belief upon which to admit or deny the allegations, and on that basis the allegations are denied.

10. Answering paragraph 10, Defendant admits SeaWorld Parks & Entertainment, Inc. is a Delaware corporation. Except as so admitted, Defendant denies the remaining allegations of Paragraph 10.[1]

11. Answering paragraph 11, paragraph 11 states legal conclusions to which no response is required. To the extent a response is required, Defendant admits that RCW 19.190.202 appears to be accurately quoted. Except as so admitted, Defendant denies the remaining allegations of paragraph 11.

12. Answering paragraph 12, Paragraph 12 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

13. Answering paragraph 13, Defendant denies the allegations of paragraph 13.

14. Answering paragraph 14, Defendant denies the allegations of paragraph 14.

---

[1] Following Paragraph 10 of the Complaint, Plaintiff sets forth a number of headings and subheadings, each of which is argumentative. Because the headings and sub-headings are not factual allegations, no response is required and Defendant does not repeat or address the headings in its Answer. However, to the extent Plaintiff is attempting to allege facts in any of the headings or subheadings such that a response would be required, Defendant denies any factual allegations set forth therein.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

15. Answering paragraph 15, Defendant denies the allegations of paragraph 15.

16. Answering paragraph 16, Defendant denies the allegations of paragraph 16.

17. Answering paragraph 17, Defendant lacks sufficient information and belief upon which to admit or deny the allegations, and on that basis the allegations are denied.

18. Answering paragraph 18, Defendant denies the allegations of paragraph 18.

19. Answering paragraph 19, Defendant lacks sufficient information and belief upon which to admit or deny the allegations, and on that basis the allegations are denied.

20. Answering paragraph 20, Defendant denies the allegations of paragraph 20.

21. Answering paragraph 21, Defendant denies the allegations of paragraph 21.

22. Answering paragraph 22, Defendant denies the allegations of paragraph 22.

23. Answering paragraph 23, Defendant lacks sufficient information and belief upon which to admit or deny the allegations, and on that basis the allegations are denied.

24. Answering paragraph 24, Defendant denies the allegations of paragraph 24.

25. Answering paragraph 25, Defendant denies the allegations of paragraph 25.

26. Answering paragraph 26, Defendant denies the allegations of paragraph 26.

27. Answering paragraph 27, Defendant admits that SeaWorld's website

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

10752-00039/940550.1

4

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

requires that an email address and a billing address be entered to place online orders. Except as so admitted, Defendant denies the remaining allegations of paragraph 27.

28. Answering paragraph 28, Defendant admits that SeaWorld's website provides the option of creating an online account, in which certain information may be saved. Except as so admitted, Defendant denies the remaining allegations of paragraph 28.

29. Answering paragraph 29, Defendant lacks sufficient information or belief to admit or deny the allegations regarding Plaintiff's expectations for discovery, and on that basis the allegations are denied.

30. Answering paragraph 30, Defendant denies the allegations of paragraph 30.

31. Answering paragraph 31, Defendant lacks sufficient information or belief to admit or deny the allegations, and on that basis the allegations are denied.

32. Answering paragraph 32, Defendant lacks sufficient information or belief to admit or deny the allegations, and on that basis the allegations are denied.

33. Answering paragraph 33, Defendant lacks sufficient information or belief to admit or deny the allegations regarding actions taken by Plaintiff, and on that basis the allegations are denied. Defendant denies the remaining allegations in paragraph 33.

34. Answering paragraph 34, Defendant lacks sufficient information or believe to admit or deny the allegation that "Plaintiff Gay received each of the emails identified above that were sent after March 1, 2026, which he alleges to be false or misleading," and on that basis the allegations are denied. Defendant denies the remaining allegations in paragraph 34.

35. Answering paragraph 35, Defendant lacks sufficient information or believe to admit or deny the allegation that "Plaintiff Gay does not want to receive emails with false and misleading subject lines from SeaWorld, though he would like to continue receiving truthful information from SeaWorld regarding its products

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

(and actual 'sales')", and on that basis the allegations are denied. Defendant denies the remaining allegations in paragraph 35.

36. Answering paragraph 36, Defendant denies the allegations of paragraph 36.

## CLASS ACTION ALLEGATIONS

37. Answering paragraph 37, paragraph 37 states legal conclusions to which no response is required. To the extent a response is required, Defendant admits that Plaintiff seeks to bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure and on behalf of a class of individuals defined in the Complaint. Except as so admitted, Defendant denies the allegations of paragraph 37.

38. Answering paragraph 38, paragraph 38 states legal conclusions to which no response is required. To the extent a response is required, Defendant admits that Plaintiff seeks to bring this action for statutory liquidated damages on behalf of himself and a class of individuals defined in the Complaint. Except as so admitted, Defendant denies the allegations in paragraph 38 and denies that this action is suitable for class certification.

39. Answering paragraph 39, Defendant lacks sufficient knowledges and information to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations. Defendant denies that this action is suitable for class certification.

40. Answering paragraph 40, paragraph 40 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

41. Answering paragraph 41, paragraph 41 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

42. Answering paragraph 42, paragraph 42 states legal conclusions to which no response is required. To the extent a response is required, Defendant

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

6

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

denies that Plaintiff's claims are typical of the claims of the members of the proposed class. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in paragraph 42 and therefore denies those allegations.

43. Answering paragraph 43, paragraph 43 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies that Plaintiff is an adequate class representative. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in paragraph 43 and therefore denies those allegations.

44. Answering paragraph 44, paragraph 44 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 44.

45. Answering paragraph 45, paragraph 45 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 45.

46. Answering paragraph 46, paragraph 46 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 46.

47. Answering paragraph 47, paragraph 47 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 47 and denies that this action is suitable for class certification.

## FIRST CAUSE OF ACTION

48. Answering paragraph 48, Defendant realleges and incorporates by reference each and every response set forth in the preceding paragraphs.

49. Answering paragraph 49, paragraph 49 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 49.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

50.     Answering paragraph 50, paragraph 50 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 50.

51.     Answering paragraph 51, Defendant denies the allegations of paragraph 51.

52.     Answering paragraph 52, Defendant denies the allegations of paragraph 52.

53.     Answering paragraph 53, Defendant denies the allegations of paragraph 53.

54.     Answering paragraph 54, Defendant denies the allegations of paragraph 54.

55.     Answering paragraph 55, Defendant denies the allegations of paragraph 55.

## SECOND CAUSE OF ACTION

56.     Answering paragraph 56, Defendant realleges and incorporates by reference each and every response set forth in the preceding paragraphs.

57.     Answering paragraph 57, Defendant lacks sufficient information or belief to admit or deny the allegations, and on that basis the allegations are denied.

58.     Answering paragraph 58, Defendant denies the allegations of paragraph 58.

59.     Answering paragraph 59, paragraph 59 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 59.

60.     Answering paragraph 60, paragraph 60 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 60.

61.     Answering paragraph 61, Defendant denies the allegations of paragraph 61.

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

62. Answering paragraph 62, Defendant denies the allegations of paragraph 62.

63. Answering paragraph 63, paragraph 63 states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations of paragraph 63.

64. Answering paragraph 64, Defendant denies the allegations of paragraph 64.

65. Answering paragraph 65, Defendant denies the allegations of paragraph 65.

66. Answering paragraph 66, Defendant denies the allegations of paragraph 66.

67. Answering paragraph 67, Defendant denies the allegations of paragraph 67.

## ANSWER TO REQUEST FOR RELIEF

Defendant denies that Plaintiff is entitled to relief against Defendant and requests that the Court dismiss all claims against Defendant with prejudice and order such further relief in favor of Defendant as the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations in the Complaint, and without assuming any burden of proof, burden of persuasion, or burden of production not imposed by law, Defendant alleges the following separate and independent defenses to the Complaint:

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. Plaintiff and the putative class members fail to state a claim upon which relief can be granted.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

## SECOND AFFIRMATIVE DEFENSE

### (Not Proper Class Action)

2.    Plaintiff's and the putative class members' claims alleged in the Complaint may not properly be certified or maintained as a class action.

## THIRD AFFIRMATIVE DEFENSE

### (Lack of Standing/Capacity)

3.    Plaintiff and the putative class members lack standing or capacity, or both, to assert some or all of the claims raised in the Complaint.

## FOURTH AFFIRMATIVE DEFENSE

### (No Actionable Injury or Proximate Cause)

4.    Plaintiff's and the putative class members' claims are barred, in whole or in part, because neither Plaintiff nor the putative class members suffered any actionable injury or because such injury was not proximately caused by Defendant.

## FIFTH AFFIRMATIVE DEFENSE

### (No Harm or Damages Suffered)

5.    Plaintiff's and the putative class members' claims are barred, in whole or in part, because neither Plaintiff nor any other member of the putative class has suffered actual harm, injury in fact, or lost money or property as a result of a violation of the Commercial Electronic Mail Act or the Consumer Protection Act.

## SIXTH AFFIRMATIVE DEFENSE

### (Conformity with Prevailing Business Practices and Standards)

6.    Plaintiff's and the putative class members' claims are barred, in whole or in part, because the alleged conduct of which Plaintiff and the putative class members complain comported with the prevailing business practices and standards of the industry at the time.

## SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith, Privilege, Justification)

7.    Plaintiff's and the putative class members' claims are barred, in whole

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

10752-00039/940550.1

10

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

or in part, because the acts or omissions alleged to have been performed by Defendant, if performed at all, were done in good faith and/or were privileged or justified.

## EIGHTH AFFIRMATIVE DEFENSE

### (Business Necessity)

8. Plaintiff's and the putative class members' claims are barred, in whole or in part, because the acts or omissions alleged to have been performed by Defendant, if performed at all, were performed in accordance with business necessity and for legitimate reasons.

## NINTH AFFIRMATIVE DEFENSE

### (No Violation/Compliance)

9. Plaintiff's and the putative class members' claims are barred, in whole or in part, because Defendant did not violate and/or acted in compliance with the Commercial Electronic Mail Act and the Consumer Protection Act.

## TENTH AFFIRMATIVE DEFENSE

### (Violations "DeMinimis"/Not Actionable)

10. Plaintiff's and the putative class members' claims are barred, in whole or in part, because the alleged violations are "de minimis" and/or not actionable.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Not a Commercial Electronic Mail Message)

11. Plaintiff's and the putative class members' claims are barred, in whole or in part, because, to the extent the emails at issue were sent, the emails were not sent for the purpose of promoting real property, goods or services for sale or lease.

## TWELFTH AFFIRMATIVE DEFENSE

### (First Amendment)

12. Plaintiff's and the putative class members' claims are barred, in whole or in part, by the First Amendment to the United States Constitution and the applicable provisions under the Washington Constitution that may apply to this

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

lawsuit which protect the rights to freedom of speech.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Residency)

13.     Plaintiff's and the putative class members' claims are barred, in whole or in part, because, to the extent the emails at issue were sent, Defendant lacked knowledge that the alleged recipients resided in the State of Washington and the emails were not sent from a computer located in the State of Washington.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Puffing)

14.     Plaintiff's and the putative class members' claims are barred, in whole or in part, because no reasonable person would have reasonably relied upon or misunderstood the alleged statements on which the claims are based as claims of fact.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Opinion)

15.     Plaintiff's and the putative class members' claims are barred, in whole or in part, because the alleged representations on which the claims are based, to the extent they were made, are non-actionable expressions of opinion.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

16.     Plaintiff's and the putative class members' claims for injunctive and equitable relief are barred because there is an adequate remedy at law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Laches)

17.     The claims for relief, and each of them, asserted in the Complaint and/or the relief sought in the Complaint, are barred by the doctrine of laches.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

18.    Plaintiff's and the putative class members' claims are barred, in whole or in part, by the applicable statutes of limitations.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Mootness)

19.    The claims for injunctive and equitable relief are barred because they are moot.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

20.    Defendant has insufficient information upon which to form a belief as to whether it may have additional unstated affirmative defenses. Defendant reserves the right to assert additional affirmative defenses. Defendant reserves the right to assert additional affirmative defenses in the event discovery indicates that they are appropriate.

WHEREFORE, Defendant prays for judgment in its favor and against Plaintiff as follows:

1.    That Plaintiff take nothing by way of his Complaint;

2.    That the Complaint be dismissed in its entirety with prejudice;

3.    That Defendant recover its attorneys' fees and costs of suit incurred herein; and

4.    For such other and further relief in favor of Defendant as the Court deems just and proper.

10752-00039/940550.1

13

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT

DATED:  May 8, 2026

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: _____

Lawrence Y. Iser
Attorneys for Defendant SeaWorld Parks & Entertainment Inc.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
11766 WILSHIRE BOULEVARD, SUITE 750
LOS ANGELES, CALIFORNIA 90025
TEL 310.566.9800 • FAX 310.566.9850

10752-00039/940550.1

14

DEFENDANT SEAWORLD PARKS & ENTERTAINMENT INC.'S ANSWER TO COMPLAINT